THE STATE OF OHIO, APPELLANT, *v.* MADARIS, APPELLEE.

[Cite as *State v. Madaris,* 123 Ohio St.3d 127, 2009-Ohio-4903.]

(No. 2008–1052—Submitted August 11, 2009—Decided September 22, 2009.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Harris,* 122 Ohio St.3d 373, 2009-Ohio-3323, 911 N.E.2d 882.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZING-ER, and CUPP, JJ., concur.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellant.

Timothy Young, State Public Defender, and Sarah M. Schregardus, Assistant State Public Defender, for appellee.